UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAYARAM PATEL, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:23-cv-04536-JPB |

## ORDER

This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal of Defendants [Doc. 35]. After considering the motion, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 7th day of June, 2024.

J. P. BOULEE
United States District Judge