IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STARSTONE NATIONAL                       :
INSURANCE COMPANY,                       :
                                         :       CIVIL ACTION FILE NO.
          Plaintiff,                     :       1:23-cv-04536-JPB
                                         :
     v.                                  :
                                         :
DAYARAM PATEL, d/b/a  AIRWAY             :
MOTEL, ET AL.,                           :
                                         :
          Defendants.                    :
                                         :

## **<u>DEFENDANTS' CERTIFICATE OF SERVICE</u>**

This is to certify that on the 10th day of June, 2024, a true and correct copy

of *Defendants' A.G. and H.H.'s Responses to Plaintiff StarStone National*

*Insurance Company's Interrogatories and Request for Production of Documents to*

*Defendants A.G. and H.H. and Defendants' Document Production, bates labeled*

*Defendants A.G. and H.H. 0001– 17979*, was served via electronic mail upon

counsel of record.

Respectfully submitted this 10th day of June, 2024.


**A**NDERSEN, **T**ATE **& C**ARR, **P.C.**

**<u>*/s/ Tyler Dillard*</u>**
Patrick McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

1

Tyler Dillard
Georgia Bar No. 115229
tdillard@atclawfirm.com
Jonathan Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
*Attorneys for Defendants A.G. and H.H.*

One Sugarloaf Centre
1960 Satellite Blvd, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile