# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DAYARAM PATEL d/b/a AIRWAY MOTEL, A.G., and H.H.,<br><br>    Defendants. | Case No. 1:23-cv-04536-JPB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff and Defendants hereby stipulate and agree that the above-captioned action is hereby dismissed.

Respectfully submitted,

**Bovis, Kyle, Burch & Medlin, LLC**

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2680
(770) 391-9100
kjackson@boviskyle.com
rbryant@boviskyle.com

/s/ Kim M. Jackson
Ga. State Bar No. 387420

/s/ W. Randal Bryant
Ga. State Bar No. 092039

*Counsel for StarStone National Ins. Co.*

|  |  |
|---|---|
|  | **Andersen, Tate & Carr, P.C.** |
| One Sugarloaf Centre<br>1960 Satellite Blvd NW<br>Suite 4000<br>Duluth, GA 30097<br> (770) 822-0900<br>pmcdonough@atclawfirm.com<br>tdillard@atclawfirm.com<br>jtonge@atclawfirm.com | /s/ Tyler Dillard<br>Ga. State Bar No. 115229<br><br>Patrick McDonough<br>Ga. State Bar No. 489855<br><br>Jonathan Tonge<br>Ga. State Bar No. 303999<br><br>*Counsel for Defendants A.G. and H.H.* |
|  | **Fellows LaBriola, LLP** |
| Peachtree Center<br>Suite 2400 Harris Tower<br>233 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>(404) 586-9200<br>tely@fellab.com<br>aprescott@fellab.com | /s/ Shattuck Ely<br>Ga. State Bar No. 246944<br><br>J. Alex Prescott<br>Ga. State Bar No. 966471<br><br>*Counsel for Defendant Dayaram Patel* |